**Sam GOLDMAN, Appellant,**

v.

**Melvin FRIEDMAN, Henry J. Fredericks d/b/a Friedman & Fredericks, as individuals and as co-partners, and Stuart J. Radloff also d/b/a Friedman, Fredericks & Radloff, Respondents.**

No. 46844.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 25, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 13, 1983.

---

Sam Goldman, St. Louis, Mo., pro se.

John J. Horgan, St. Louis, for respondents.

## ORDER

PER CURIAM.

Plaintiff appeals from the dismissal of his four count second amended petition for failure to state a cause of action. The trial court neither erroneously declared nor applied the law. An extended written opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).